UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIA FERNANDES, individually and on behalf of all
others similarly situated,

Plaintiff,

-v-

CENTESSA PHARMACEUTICALS PLC, SAURABH SAHA,
GREGORY WEINHOFF, MARELLA THORELL,
FRANCESCO DE RUBERTIS, ARJUN GOYAL, AARON
KANTOFF, BRETT ZBAR, MARY LYNNE HEDLEY,
SAMARTH KULKARNI, CAROL STUCKLEY, and
ROBERT CALIFF,

Defendants.

CIVIL ACTION NO.: 22 Civ. 8805 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 28, 2022, Plaintiff  filed the complaint.  (ECF No. 1 (the "Complaint")).  On

September 29, 2022, the Clerk of Court for the United States District Court for the Central District

of California issued a Summons in a Civil Action (the "Summons") as to the Defendants.  (ECF No.

8).  On October 11, 2022, the parties filed a stipulation to transfer this action to the Southern

District of New York.  (ECF No. 9).  On October 12, 2022, Boris Feldman appeared on behalf of the

Defendants, but maintained that "[s]uch appearance shall be without prejudice to Defendants'

ability to assert any rights or defenses."  (ECF No. 10).  To date, proof of service of the Summons

and Complaint has not been filed on the docket.

Accordingly, by **Monday, October 24, 2022**, Plaintiff shall file a status letter advising the

Court of the status of service on the Defendants.  Defendants may, at any time preceding the

status letter, advise the Court of their waiver to summons, but are not required to do so.

Dated:          New York, New York                    SO ORDERED.
                October 17, 2022


_____
**SARAH L. CAVE**
**United States Magistrate Judge**