```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :
JAMIA FERNANDES, *et al.*,                          :
                                               :
                           Plaintiffs,   :      1:22-cv-8805-GHW
                                               :
                    -v -                             :       <u>ORDER</u>
                                               :
CENTESSA PHARMACEUTICALS PLC, *et al.*,   :
                                               :
                                               :
                           Defendants.:
                                               :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As discussed during the teleconference held on April 20, 2023, the deadline for Defendants to file and serve their motion to dismiss is May 31, 2023. Plaintiffs' opposition is due within 42 days after service of Defendants' motion; Defendants' reply, if any, is due within twenty-one days after service of Plaintiffs' opposition.

      SO ORDERED.

Dated: April 20, 2023
New York, New York
                                                                            GREGORY H. WOODS
                                                                    United States District Judge