UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS NAGLER and JAMIA FERNANDES, individually and on behalf of all others similarly situated,

                         Plaintiff,

-v-

CENTESSA PHARMACEUTICALS PLC, SAURABH SAHA, GREGORY WEINHOFF, MARELLA THORELL, FRANCESCO DE RUBERTIS, ARJUN GOYAL, AARON KANTOFF, BRETT ZBAR, MARY LYNNE HEDLEY, SAMARTH KULKARNI, CAROL STUCKLEY, ROBERT CALIFF, MORGAN STANLEY & CO. LLC, and GOLDMAN SACHS & CO. LLC,

                         Defendants.

CIVIL ACTION NO.: 22 Civ. 8805 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 15). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The parties are directed to meet and confer regarding to what extent discovery should proceed during the pendency of Defendants' motion to dismiss (ECF No. 71), and by **June 23, 2023**, file a joint letter of no longer than three (3) pages setting forth their position(s).

Dated: New York, New York        SO ORDERED.
           June 13, 2023

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**

2