

# Freshfields Bruckhaus Deringer US LLP

**MEREDITH E. KOTLER**

601 Lexington Avenue
31st Floor
New York, NY  10022

Tel +1 212 277 4000
meredith.kotler@freshfields.com

June 15, 2023

**VIA ECF**

The Honorable Sarah L. Cave
Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 18A
New York, NY 10007

> The Court is in receipt of the parties' letter at ECF No. 75.  Discovery is stayed pending the Court's ruling on Defendants' motion to dismiss.  Within two (2) weeks of the Court's ruling, to the extent claims remain, the parties shall file a joint proposed case management plan.
>
> SO ORDERED.   6/16/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Jamia Fernandes v. Centessa Pharmaceuticals PLC, et al.*,
        No. 1:22-cv-08805-GHW-SLC (S.D.N.Y.)

Dear Judge Cave:

     We are counsel to the Centessa Defendants in the above-captained action, and submit this letter on behalf of all parties in response to the Court's Order dated June 13, 2023 (ECF No. 74).  Because this is a putative securities class action asserting claims under the Securities Act of 1933, 15 U.S.C. § 77a *et seq.*, it is governed by the Private Securities Litigation Reform Act ("PSLRA"), and the PSLRA's stay of discovery applies during the pendency of Defendants' motion to dismiss.  15 U.S.C. § 77z-1(b)(1).

     Respectfully submitted,

     */s/ Meredith Kotler*

     Meredith Kotler

cc:   All Counsel via ECF