USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :
JAMIA FERNANDES, *et al.,*                            :
                                                      :
                                      Plaintiffs,     :          1:22-cv-8805-GHW
                                                      :
                         -v -                         :          ORDER
                                                      :
CENTESSA PHARMACEUTICALS PLC, *et al.,*               :
                                                      :
                                      Defendants.     :
                                                      :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On August 2, 2024, the Court issued a Memorandum Opinion & Order (the "August 2 Order") granting Defendants' motion to dismiss Plaintiffs' Amended Class Action Complaint. Dkt. No. 91. The August 2 Order dismissed Plaintiffs' claims with respect to ten of the eleven statements challenged in Defendant Centessa Pharmaceuticals PLC's Form S-1/A without prejudice. *Id.* at 42. It dismissed Plaintiffs' claims with respect to one of the eleven statements with prejudice. *Id.*

      In the August 2 Order, the Court granted Plaintiffs leave to amend the Amended Class Action Complaint within 21 days. *Id.* As of the date of this order, Plaintiffs have not filed an amended complaint. Accordingly, Plaintiffs' claims are dismissed with prejudice.

      The Clerk of Court is directed to enter judgment for Defendants and to close this case.

      SO ORDERED.

Dated: August 26, 2024
New York, New York
_____
GREGORY H. WOODS
United States District Judge