# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
JAMIA FERNANDES, et al.,

                Plaintiffs,                  22 **CIVIL** 8805(GHW)

   -against-                           **JUDGMENT**

CENTESSA PHARMACEUTICALS PLC, et al.,
                Defendants.
---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2024, Plaintiffs' claims are dismissed with prejudice. Judgment entered for Defendants and the case is closed.

**Dated:** New York, New York

      August 27, 2024

                                        **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                        **BY:** _____
                                        **Deputy Clerk**